In the Matter of KESBEC, INC., Respondent, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Appellant.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 293.)